**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 22-6934**

─────────

AARON ALLEN,

Plaintiff - Appellant,

v.

DAVID STUMBO, Solicitor; PENNY B. CARSON, Assist. Sol.,

Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Timothy M. Cain, District Judge.  (8:22-cv-01045-TMC)

─────────

Submitted:  March 16, 2023                    Decided:  March 21, 2023

─────────

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Aaron Allen, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Allen appeals the district court's order dismissing his complaint with prejudice. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on July 5, 2022. Allen filed the notice of appeal on August 15, 2022. Because Allen failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*